# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:17-CV-1206-ORL-18-TBS

AAM2020072054

Plaintiff:
**HEWLETT PACKARD ENTERPRISE COMPANY, A DELAWARE CORPORATION AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., A TEXAS LIMITED PARTNERSHIP**

vs.

Defendant:
**NEXT GEN TECHNOLOGY, LLC, A FLORIDA CORPORATION, MOHAMED DATOO, AN INDIVIDUAL, ALIZAMAAN DATOO, AN INDIVIDUAL, AND DOES 1 TROUGH 20, INCLUSIVE**

For:
Richard Dellinger
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
215 North Eola Drive
Orlando, FL 32801

Received by ANDREWS AGENCY on the 29th day of June, 2017 at 2:53 pm to be served on **MOHAMED DATOO, 468 SAINT REMI WAY, SANFORD, FL 32771.**

I, J.N. MEADOWS, being duly sworn, depose and say that on the **29th day of June, 2017** at **5:50 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, LETTER, COMPLAINT FOR DAMAGES AND INJUNTICE RELIEF AND DEMAND FOR JURY TRIAL, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **SABIHA FAZAL, SISTER-IN-LAW/CO-RESIDENT**, at the address of: **468 SAINT REMI WAY, SANFORD, FL 32771** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 30th day of June, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

J.N. MEADOWS
CPS #476/CPS #0174

**ANDREWS AGENCY**
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Notary Public State of Florida
Karen S Hernandez
My Commission GG 095090
Expires 05/22/2021

Our Job Serial Number: AAM-2020072054

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>*Plaintiff(s)*<br>v.<br><br>NEXT GEN TECHNOLOGY, LLC, a Florida corporation, MOHAMED DATOO, an individual, ALIZAMAAN DATOO, an individual, and DOES 1 through 20, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>6:17-cv-1206-ORL-18-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MOHAMED DATOO
468 Saint Remi Way
Sanford, Florida 32771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard S. Dellinger, Esquire
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
215 North Eola Driv-e
Orlando, Florida 32801
(407) 843-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/29/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

              _____
              *Server's signature*

              _____
              *Printed name and title*

              _____
              *Server's address*

Additional information regarding attempted service, etc: