UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEWLETT PACKARD ENTERPRISE
COMPANY, a Delaware corporation, and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P., a Texas limited partnership,

CASE NO.: 6:17-cv-1206-Orl-18TBS

Plaintiffs,

v.

NEXT GEN TECHNOLOGY, LLC., a Florida
corporation, MOHAMED DATOO, an
individual, ALIZAMAAN DATOO, an
individual, and DOES 1 through 20, inclusive,

Defendants.

## MOTION TO APPEAR PRO HAC VICE FOR RICHARD J. NELSON

Plaintiffs, Hewlett Packard Enterprise Company ("HPE") and Hewlett Packard Development Company, L.P. ("HPDC," and together with HPE as "Plaintiffs"), by and through their undersigned attorneys, and pursuant this Court's Notices to Counsel dated June 29, 2017 (Doc. 6 and 10) and Local Rule 2.02, hereby respectfully request that this Court enter an Order allowing Richard J. Nelson, Esquire of the firm of Sideman & Bancroft LLP to appear in this Court *pro hac vice* as co-counsel on behalf of Plaintiffs HPE and HPDC in the above styled lawsuit. In support of this motion, HPE and HPDC say:

1. Richard J. Nelson, of the law firm Sideman & Bancroft LLP, has been retained to represent HPE and HPDC as Plaintiffs' co-counsel in all proceedings conducted in this cause.

1

2. Mr. Nelson is an attorney licensed to practice law and is in good standing and admitted to practice in the Bar of the State of California. Mr. Nelson is also a member in good standing of the United States District Courts for Northern, Central, and Southern Districts of California. Mr. Nelson has also appeared in the United States District Court for the District of Columbia, the Superior Court of the District of Columbia, the District of Columbia Court of Appeals, and the United States Court of Appeals for the District of Columbia Circuit.

3. Attached hereto is a copy of the Special Admission Attorney Certification form for Mr. Nelson which is being forwarded concurrently herewith to the Clerk of Court with the required fee.

4. Pursuant to Local Rule 2.02(c), Mr. Nelson is familiar with, and will be governed by, the Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Nelson is also familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Nelson has, or will within the requisite time periods, comply with Local Rules 2.01(d) and 2.02(a) regarding fees, CM/ECF, and local counsel designation requirements. Concurrently herewith, a check for the requisite Special Admission Attorney Certification fee is being submitted to the Clerk of Court on behalf of Mr. Nelson.

6. Pursuant to Local Rule 2.02(a), Mr. Nelson designates Richard S. Dellinger of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., 215 North Eola Drive, Orlando, Florida, 32801, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

7. Through his signature affixed below, Richard S. Dellinger of the law firm Drosdick, Doster, Kantor & Reed, P.A., hereby consents to such designation.

8. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Richard S. Dellinger certifies that Mr. Nelson has complied with the fee, registration with the Clerk, and e-mail designation requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

9. Mr. Nelson does not regularly practice in the Middle District of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases in Florida to such degree as to constitute the regular practice of law in the State of Florida.

WHEREFORE, Plaintiffs, Hewlett Packard Enterprise Company and Hewlett Packard Development Company, L.P., respectfully request that this Court enter an order granting this Motion and allowing Mr. Nelson to appear *pro hac vice* in this action as co-counsel on behalf of Plaintiffs, Hewlett Packard Enterprise Company and Hewlett Packard Development Company, L.P.

## RULE 3.01(G) CERTIFICATION

To date, no counsel has appeared on behalf of Defendants in this cause so undersigned counsel was unable to confer pursuant to Local Rule 3.01(g). Counsel will promptly supplement this certification once defense counsel has made an appearance.

0161120\175350\4546346v4

Dated this 13th day of July, 2017

        Respectfully submitted,

        */s/ Richard S. Dellinger*
        Richard S. Dellinger, Esquire
        Trial Counsel
        Florida Bar No.: 179957
        LOWNDES, DROSDICK, DOSTER,
        KANTOR & REED, P.A.
        215 North Eola Drive
        Orlando, Florida 32801
        Telephone: (407) 843-4600
        Facsimile (407) 843-4444
        richard.dellinger@lowndes-law.com
        tina.althoff@lowndes-law.com
        litcontrol@lowndes-law.com

        and

        Richard J. Nelson, Esquire
        *To be Admitted Pro Hac Vice*
        California Bar No.: 141658
        rnelson@sideman.com
        Nicholas M. Costanza, Esquire
        *To be Admitted Pro Hac Vice*
        *ncostanza@sideman.com*
        California Bar No.: 306749
        SIDEMAN & BANCROFT, LLP
        One Embarcadero Center
        Twenty-Second Floor
        San Francisco, California 9411-3711
        Telephone: (415) 392-1960
        Facsimile: (415) 392-0827

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 13th day of July, 2017, electronically filed the foregoing *Motion to Appear Pro Hac Vice of Richard J. Nelson* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

                /s/ *Richard S. Dellinger*
                Richard S. Dellinger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Hewlett Packard Enterprise Company and

Hewlett Packard Development Co.

Plaintiff(s)/Petitioner(s),

v.

Next Gen Technology, LLC and

Mohamed and Alizamaan Datoo

Defendant(s)/Respondent(s)

CASE NO. 6:17-cv-1206-Orl-18TBS

I, Richard J. Nelson (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Hewlett Packard Enterprise and Hewlett Packard Development Co (party represented).

**ATTORNEY INFORMATION**

Firm Name: Sideman & Bancroft LLP

Address: One Embarcadero Center, 22nd Floor

City: San Francisco    State: CA    Zip: 94111

Firm/Business Phone: 415-392-1960    Alternate Phone:

Firm/Business Fax: 415-392-0827

E-mail Address: rnelson@sideman.com

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____    Date: 7/6/2017
Signature

Revised 01/01/15    Page 1 of 2

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.