UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEWLETT PACKARD ENTERPRISE COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,**

    **Plaintiffs,**

v.     Case No: 6:17-cv-1206-Orl-41TBS

**NEXT GEN TECHNOLOGY, LLC, MOHAMED DATOO and ALIZAMAAN DATOO,**

    **Defendants.**

                             /

**ORDER**

THIS CAUSE is before the Court on the Mediation Report (Doc. 39), wherein the parties have advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on September 29, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record